473 A.2d 655

Commonwealth v. Capps, Appellant.

Argued November 17, 1983. Paul Benjamin, for appellant; Clifford A. Goldstein, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.